579 A.2d 816

IN THE MATTER OF PAUL COLVIN, AN ATTORNEY AT LAW.

September 27, 1990.

ORDER

This matter having been duly considered by the Court, and the Court having noted that respondent has represented to the Disciplinary Review Board and this Court that on restoration of his license, he will remain retired from the active practice of law;

And good cause appearing;

It is ORDERED that the petition for reinstatement is granted, effective immediately.